McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-MC-00048-TLN-DB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $8,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Connor Schuman ("claimant"), appearing *in propria persona*, as follows:

1. On or about January 10, 2018, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $8,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 27, 2017.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1
Stipulation and Order to Extend Time

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 10, 2018.

4. By Stipulation and Order filed April 18, 2018, the parties stipulated to extend to May 10, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 9, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 9, 2018.

Dated: 5/10/18　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　 United States Attorney

　　　　　　　　　　　　　　　　By:　　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　 KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　 Assistant U.S. Attorney


Dated: 5/10/18　　　　　　　　　　　　/s/ Connor Schuman
　　　　　　　　　　　　　　　　　　　 CONNOR SCHUMAN
　　　　　　　　　　　　　　　　　　　 Potential Claimant
　　　　　　　　　　　　　　　　　　　 Appearing *in propria persona*

　　　　　　　　　　　　　　　　　　　 (Signature authorized by phone)


**IT IS SO ORDERED**.

Dated: May 11, 2018

　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　 Troy L. Nunley
　　　　　　　　　　　　　　　　　　　 United States District Judge